**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

CITIZENS BANK, N.A.,

                Plaintiff,

      v.

GARDA CL ATLANTIC, INC.,

                Defendant.

Civil Action No.

**EMERGENCY HEARING REQUESTED**

### PLAINTIFF CITIZENS BANK, N.A.'S EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, Plaintiff Citizens Bank, N.A. ("Citizens") hereby moves for entry of an Order temporarily restraining and preliminarily enjoining defendant Garda CL Atlantic ("Garda"), from now through at least the date 180 days from April 16, 2015, from terminating its performance of all Cash in Transit services to Citizens under the parties' agreement to ensure the orderly transfer of services to a third party.  Garda has a clear obligation under its agreement with Citizens to continue performance for 180 days after the effective date of any termination of the parties' agreement.  Citizens and its banking customers will suffer irreparable harm if the relief requested herein is not granted, and the circumstances here amply justify the imposition of temporary and preliminary injunctive relief.

Further grounds for this motion are set forth in the accompanying Memorandum of Law and in the supporting Declarations of Gregory T. Woods, Jeffrey P. LeBlanc, Linda S. Girouard, and Michael T. Marcucci filed herewith.

Accordingly, Citizens Bank respectfully requests that this Court:

(i)     grant its application for a temporary restraining order and a preliminary injunction as stated herein;

(ii)    award Citizens Bank fees and costs incurred in bringing this motion; and,

(iii)   grant such other further relief as this Court deems appropriate.

## **REQUEST FOR HEARING**

Pursuant to Local Rule 7.1, and given the exigent circumstances, Citizens respectfully requests a hearing on its motion at the Court's earliest convenience.

Dated: April 13, 2015                          Respectfully submitted,
       Boston, Massachusetts


                                               /s/ Michael T. Marcucci
                                               Michael T. Marcucci (BBO #652186)
                                               JONES DAY
                                               100 High Street, 21st Floor
                                               Boston, Massachusetts 02110
                                               (617) 960-3939
                                               mmarcucci@jonesday.com

                                               Lee A. Armstrong  (*pro hac vice forthcoming*)
                                               Thomas E. Lynch (*pro hac vice forthcoming*)
                                               JONES DAY
                                               222 East 41st Street
                                               New York, New York 10017
                                               (212) 326-3939
                                               laarmstrong@jonesday.com
                                               telynch@jonesday.com

                                               *Counsel for Plaintiff*
                                               *Citizens Bank, N.A.*

**LOCAL RULE 7.1 CERTIFICATION**

I, Michael T. Marcucci, hereby certify that counsel for Citizens informed counsel for Garda of Citizens' intention to file this Motion on Friday, April 10, 2015.  On Sunday, April 12, 2015, counsel for Citizens provided counsel for Garda with drafts of the Memorandum of Law filed in support of this Motion and of the declarations of Gregory T. Woods, Jeffrey P. LeBlanc, Linda S. Girouard.  Garda has not agreed to the relief sought by this motion.

Dated: April 13 , 2015                          /s/ Michael T. Marcucci
        Boston, Massachusetts            Michael T. Marcucci

**CERTIFICATE OF SERVICE**

I, Michael T. Marcucci, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper and e-mailed copies will be sent to those indicated as non-registered participants on April 13, 2015.

I will cause copies to be sent to the below counsel for Garda by e-mail and overnight courier:

Stephen Silverman
Michael Landen
Kluger, Kaplan, Silverman, Katzen & Levine, P.L.
201 S. Biscayne Boulevard
Twenty Seventh Floor | Miami, FL 33131
ssilverman@klugerkaplan.com
mlanden@klugerkaplan.com

Dated:  April 13, 2015                          /s/ Michael T. Marcucci
        Boston, Massachusetts            Michael T. Marcucci