UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO: 15-cv-11580 LTS

CITIZENS BANK, N.A.,

    Plaintiff,

v.

GARDA CL ATLANTIC, INC.,

    Defendant.
_____/

## DEFENDANT'S NOTICE OF COMPLIANCE

Defendant, Garda CL Atlantic, Inc. ("**Garda**" or "**Defendant**"), through undersigned counsel, and pursuant to this Court's instructions during the April 13, 2015 status conference hearing in this case [D.E. Nos. 11 and 15], hereby provides its Notice of Compliance, as follows:

    1.    On April 13, 2015, Plaintiff, Citizens Bank, N.A.'s ("**Citizens**"), filed its Emergency Motion for Temporary Restraining Order and Preliminary Injunction ("**TRO Motion** [D.E. 2].

    2.    The Court held a status conference on the TRO Motion on April 13, 2015. [D.E. Nos. 11 and 15].

    3.    During the status conference, the Court requested that Garda consider whether it would agree to continue to maintain its services to Citizens through midnight on May 12, 2015. [D.E. 15].

4. Garda hereby advises the Court that Garda agrees to maintain its services for an additional thirty (30) days, pursuant to the email confirmation exchanged with counsel for Citizens on April 15, 2015.

/s/ Marc Redlich
Marc Redlich
BBO No. 414260
155 Federal St, Suite 1700
Boston, MA 02110
(617) 720-0900
general@redlichlaw.net

Michael T. Landen
Kluger, Kaplan, Silverman, Katzen & Levine, P.L.
201 S. Biscayne Boulevard
Miami, FL 33131

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 15, 2015.

Date: April 15, 2015                    /s/ Marc Redlich